```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>              Plaintiff,     )<br>                             )          4:07CR3048<br>      v.                     )<br>                             )<br>PAUL BROOKS LEETCH,          )<br>                             )            ORDER<br>              Defendant.     )<br>                             ) | |

The court is advised that the defendant is subject to a "hold" placed on him by Hamilton County, Nebraska officials. Thus, releasing him from federal custody would only result in his being immediately arrested by Hamilton County to resolve the outstanding warrant. Once that warrant has been resolved, defendant may again move for consideration of release conditions.

IT THEREFORE HEREBY IS ORDERED,

The motion of the defendant for pretrial release, filing 13, is denied.

DATED this 18th day of June, 2007.

BY THE COURT:

*s/ David L. Piester*
David L. Piester
United States Magistrate Judge