IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3048 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PAUL BROOKS LEETCH, | ) | |
| | ) | |
| Defendant. | ) | |

On the parties' oral motion, and with the agreement of the Probation Office,

IT IS ORDERED that the defendant's sentencing is moved up to Wednesday, September 26, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 7, 2007.                BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge