IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3048 |
| | ) | 4:13CR3095 |
| v. | ) | |
| | ) | **ORDER** |
| PAUL BROOKS LEETCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (Filing 78 in 4:07CR3048; Filing 53 in 4:13CR3095) has been set before the undersigned United States district judge on Friday, May 8, 2015, at 1:00 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion. The defendant is held to have waived his right to be present in person or by telephone.

3. The Clerk of the Court shall provide a copy of this order to counsel for the government and counsel for the defendant.

DATED this 5th day of May, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge